# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Crim. No. 24-407 |
| KEVIN FRINK | : | **DECLARATION OF SARAH A. SULKOWSKI** |

SARAH A. SULKOWSKI, ESQ., an attorney duly licensed to practice in this Court, declares as follows under penalty of perjury:

1. I am counsel for Defendant Kevin Frink ("Mr. Frink") and am familiar with the facts and history of this case.

2. Pursuant to Local Criminal Rule 1.1, Local Civil Rule 7.2, and 28 U.S.C. § 1746, I submit this Declaration in support of Mr. Frink's motion to remove a lien mistakenly entered by the Clerk's Office to secure his unsecured bond in this matter.

3. On September 9, 2024, I called the Clerk's Office Finance Department to inquire about the lien and was informed that it had been mistakenly entered but would require a Court order to remove.

Dated: New York, New York
      September 13, 2024

Respectfully submitted,

GELBER & SANTILLO PLLC

By: _____
Sarah A. Sulkowski
52 Duane Street, 7th Floor
New York, NY 10007
Telephone: (212) 227-4743
Fax: (212) 227-7371
ssulkowski@gelbersantillo.com
*Counsel for Defendant Kevin Frink*