# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Crim. No. 24-407 |
| KEVIN FRINK | : | **[PROPOSED] ORDER** |

This matter having come before the Court on the application of Defendant Kevin Frink (by Sarah A. Sulkowski, Esq., appearing), with the consent of the Government (Philip R. Sellinger, United States Attorney for the District of New Jersey, by Katherine M. Romano and Jessica R. Ecker, Assistant U.S. Attorneys, appearing), and for good cause shown,

It is on this ___ day of September, 2024, ORDERED that the Clerk's Office shall immediately remove any and all liens entered to secure Defendant Kevin Frink's unsecured appearance bond in this matter.

IT IS SO ORDERED.

_____
Honorable Cathy L. Waldor
United States Magistrate Judge