UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 24-407 |
| | : | |
| VS. | : | ORDER FOR INTERIM PAYMENT FOR REPRESENTATION OF COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT 18:3006(A) |
| | : | |
| KEVIN FRINK | | |

Because counsel for the defendant is leaving her current firm, which is entitled to payment for her work on this case to date, and in accordance with section 230.73.10 of the <u>Guidelines for the Administration of the Criminal Justice Act</u>, it is hereby

ORDERED that defense counsel shall submit to the Court Clerk an interim CJA 20 through eVoucher for compensation earned and reimbursable expenses incurred from the date of appointment to July 30, 2025.

Dated: _____          _____

United States District Judge

-1-